# EXHIBIT B

 

# Confidential Registration Application

Registry of Motor Vehicles · Enforcement Services Unit
P.O. Box 55889 · Boston, MA 02205-5897

## Instructions

The completed form should be mailed with the payment to the RMV Enforcement Services Unit address listed above.

Please complete sections A-F. If Personally Owned (POV), section C below is to be completed by the owner/operator and section D by the Executive Head of Agency. If Government Owned (GOV), section C and section D must both be completed by the Executive Head of Agency.

## A. Transaction Information

Transaction Type (Select One):   ☐ New Title & Registration      ☐ Renewal      ☐ Plate Swap

| Name Of Requestor | Title |
|---|---|
| Department/Agency | Unit |

## B. Vehicle Information

| Vehicle Identification Number (VIN) | Plate Registration Number (Renewal or Plate Swap) |
|---|---|

| Year | Make | Model | Color |
|---|---|---|---|

This Vehicle Is (Select One):   ☐ Government Owned (GOV)      ☐ Personally Owned (POV)

| Residential or Business Address | Apt.# | City | State | Zip Code |
|---|---|---|---|---|

| Telephone Number | Cellphone Number | Email |
|---|---|---|

## C. To be completed by Requestor

The Requestor certifies the following:

- This vehicle shall not be used to pass through toll requirements unless the requestor's or agency's transponder is attached and functioning._____(Initials)

- This vehicle shall not accumulate unpaid parking violations._____(Initials)

- Unless extraordinary circumstances exist, the requestor shall be the sole vehicle operator _____(Initials)

*If the requestor fails to meet the above conditions and/or it is revealed to the RMV any violations of the above conditions, then the RMV reserves the right to revoke confidential plate status.*

Requestor Signature  _____     Date  _____

## D. To be completed by Executive Head of Agency

Does the Requestor qualify to remain in or enroll in confidential status? If No, then any existing confidential plates must be immediately returned to RMV Enforcement Services.

☐ Yes     ☐ No

Is the Requestor currently in an employment disciplinary suspension status, or the subject of a domestic violence investigation? If Yes, then any existing confidential plates assigned to the Requestor must be immediately returned to RMV Enforcement Services

☐ Yes     ☐ No

ENF103_0621

**Upon signature of this request, the Executive Head of Agency/Approving Official is certifying an immediate need for confidential plates to be issued to the Requestor and is directly responsible for oversight of proper usage.**

Approving official must be the Executive Head of the Agency, District or Field Office (Please Print)

Name Of Approving Official  _____    Title  _____

Approving Official's Email  _____    Approving Official's Phone Number  _____

| E. Approval | Signature below assures veracity to the above statements and that both the Requestor and Approving Official have reviewed the requirements for the use and issuance of Confidential Plates and agree to full compliance. |
| --- | --- |

Approving Official Signature  _____    Date  _____

| F. Justification | Check which category applies to the Requestor and elaborate on the justification in the space provided. |
| --- | --- |

☐ Undercover Law Enforcement
  *Note: Standard uniformed law enforcement officers that primarily work in Patrol capacities do not meet the criteria for POV Confidential Plates unless other circumstances exist.*

☐ Certain members of the Judiciary

☐ Certain Probation Officers

☐ Individuals identified to the Registrar as needing confidential status due to extraordinary circumstances.

Explain: (attach additional documents if necessary)

| RMV Use Only | Approved ☐ Yes ☐ No | ESU Representative Printed Name | Initials of ESU Representative |
| --- | --- | --- | --- |
| If NO, provide reason: | | | |

ENF103_0621