**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**THE UNITED STATES OF AMERICA,**
Plaintiff,

v.

**THE COMMONWEALTH OF MASSACHUSETTS;**
**MAURA HEALEY**, Governor of Massachusetts, in her official capacity;
**ANDREA CAMPBELL**, Attorney General of Massachusetts, in her official capacity;
**PHILLIP ENG**, Interim Secretary of Transportation, in his official capacity; and
**COLLEEN OGILVIE**, Registrar of Motor Vehicles, in her official capacity,
Defendants.

Case No. 1:26-cv-12401

---

**MOTION OF BRANDON MICHAEL HAYES FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE**
**IN SUPPORT OF DECLARATORY AND INJUNCTIVE RELIEF, FEDERAL SUPREMACY, NEUTRAL ADMINISTRATION, AND OPERATIONAL RECORD INTEGRITY**

---

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Brandon Michael Hayes, appearing pro se and as President of the Natural Law Institute, respectfully moves for leave to file the attached brief as amicus curiae.

This case presents a narrow constitutional defect with broad institutional consequence: Massachusetts allegedly provides confidential registrations and plates to favored law-enforcement actors while denying the same neutral administrative instrument to ICE and CBP because the Commonwealth disfavors their federal immigration-enforcement function.

The United States pleads that Massachusetts historically issued confidential plates to federal agencies, including ICE, HSI, CBP, FBI, ATF, USMS, and DEA, but changed course in 2026 as to ICE and CBP. The United States further pleads that Massachusetts's existing forms and policies do not support the Commonwealth's asserted civil-versus-criminal distinction.

Amicus has encountered, documented, and litigated parallel Massachusetts administrative behavior in separate proceedings: discretionary access preserved for favored actors; record access withheld or misrouted when the requesting function is disfavored; and governmental authority exercised through informal, non-neutral, and non-auditable criteria.

Amicus specifically references Commonwealth ex rel. Brandon Michael Hayes v. City of Boston et al., No. 1:25-cv-12881-ADB, a Quo Warranto and civil-rights action involving Massachusetts public authority, record access, municipal accountability, and the warrant by which public officials continue to exercise office while allegedly refusing lawful duties. That matter is referenced only to establish amicus's interest, experience, and record-based encounter with the same operational pattern; amicus does not ask this Court to adjudicate that case.

Amicus does not seek to introduce party claims, add defendants, delay proceedings, or convert this action into collateral litigation. Amicus seeks to assist the Court by identifying the operational rule exposed by the Complaint:

When a State administers a neutral governmental instrument, it may not condition access on political approval of the federal function requesting it.

The proposed brief offers a narrow framework for declaratory and injunctive relief: neutrality, written criteria, auditable custody, equal application, preservation of policy-change records, and non-recurrence. These principles fit the Supremacy Clause, intergovernmental immunity, and the practical need for public authority to operate by law rather than preference.

For these reasons, movant respectfully requests leave to file the attached brief of amicus curiae.

Respectfully submitted,

/s/ Brandon Michael Hayes
Brandon Michael Hayes
President, Natural Law Institute
159 Indian Hill Street
West Newbury, MA 01985
brandon@hayeshaus.com
(617) 438-2049

Dated: June 1, 2026