**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**THE UNITED STATES OF AMERICA,**
Plaintiff,

v.

**THE COMMONWEALTH OF MASSACHUSETTS, et al.,**
Defendants.

Case No. 1:26-cv-12401

---

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE**

The Motion of Brandon Michael Hayes for Leave to File Brief as Amicus Curiae came before the Court for consideration.

Good cause appearing, the Motion is GRANTED.

The Clerk is directed to file the proposed brief attached to the Motion as the Brief of Amicus Curiae Brandon Michael Hayes.

**SO ORDERED.**

Dated: ______________________

______________________________________________

**UNITED STATES DISTRICT JUDGE**