IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE COMMONWEALTH OF MASSACHUSETTS; MAURA HEALEY, Governor of Massachusetts, in her official capacity; ANDREA CAMPBELL, Attorney General of Massachusetts, in her official capacity; PHILLIP ENG, Interim Secretary of Transportation, in his official capacity; COLLEEN OGILVIE, Registrar of Motor Vehicles, in her official capacity,<br><br>Defendants. | **RESPONSE TO DEFENDANT ATTORNEY GENERAL ANDREA CAMPBELL'S MOTION FOR ENLARGEMENT OF TIME**<br><br><br>Case No.: 1:26-cv-12401 |

Plaintiff, the United States of America, by and through its undersigned counsel, submits this response to Defendant Attorney General Andrea Campbell's Motion for Enlargement of Time, ECF No. 5. Defendant Campbell requests an enlargement of time to file an answer to the Complaint to 30 days from the date the last Defendant is served. *Id.* The United States submits this partial opposition in response and requests that Defendant Campbell's deadline to answer the Complaint be extended to align with that of the remaining Defendants.

On May 27, 2026, the United States filed suit against the Commonwealth of Massachusetts; Maura Healey, Governor of Massachusetts, in her official capacity; Andrea Campbell, Attorney General of Massachusetts, in her official capacity; Phillip Eng, Interim Secretary of Transportation, in his official capacity; and Colleen Ogilvie, Registrar of Motor Vehicles, in her official capacity. ECF No. 1. The Complaint challenges the Massachusetts's Registry of Motor Vehicles' (RMV) new policy that has halted the issuance of confidential license plates to United

1

States Customs and Border Protection and United States Immigration and Customs Enforcement. *Id.* ¶ 2. The Complaint contains two causes of action under the Supremacy Clause, alleging that the Massachusetts RMV's new policy unlawfully discriminates against and regulates the Federal Government. *Id.* ¶¶ 55-64.

In accordance with Federal Rule of Civil Procedure 4(e)(1) and Section 7, Chapter 220 of the Massachusetts General Laws, the United States facilitated service of the Complaint on all Defendants via the Suffolk County Sheriff's Department on May 28, 2026. The Sheriff's Department served Defendant Campbell on June 1, 2026. On June 22, 2026, the Sheriff's Department confirmed that the remaining Defendants would be served, including the Commonwealth of Massachusetts; Maura Healey, Governor of Massachusetts, in her official capacity; Phillip Eng, Interim Secretary of Transportation, in his official capacity; and Colleen Ogilvie, Registrar of Motor Vehicles, in her official capacity.

The United States opposes Defendant Campbell's request for an enlargement of time to 30 days after the last Defendant is served. The United States already assented to a 14-day extension of the answer deadline, which this Court granted. ECF No. 7. The United States desires to efficiently pursue this litigation to enjoin the harm caused by the Massachusetts RMV's new policy, including sovereign injury, endangerment of federal officers, and disruption of federal law enforcement operations. ECF No. 1 ¶¶ 31-50. However, the United States agrees that a consolidated answer deadline for all Defendants is the most efficient course. Accordingly, the United States respectfully requests that Defendant Campbell's answer deadline be extended to align with that of the remaining Defendants, which is 21 days from the date of service in accordance with Federal Rule of Civil Procedure 12(a)(1)(A)(i). Once the undersigned receives

the return of service from the Sheriff's Department, the undersigned will contact opposing counsel and will file the return of service with the Court.

DATED: June 24, 2026

BRETT A. SHUMATE                                    Respectfully submitted,
Assistant Attorney General
Civil Division                                      By: */s/ Alessandra Faso*
                                                    ALESSANDRA FASO
TIBERIUS DAVIS                                      Senior Litigation Counsel
SEAN SKEDZIELEWSKI                                  U.S. Department of Justice, Civil Division
Counsel to the Assistant Attorney General          Enforcement & Affirmative Litigation Branch
Civil Division                                      P.O. Box 386
                                                    Washington, D.C. 20044-0386
ALEXANDRA MCTAGUE SCHULTE                           (202) 451-7728
Senior Litigation Counsel                           alessandra.faso@usdoj.gov

*Attorneys for the United States of America*

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2026, a true and correct copy of the foregoing document was electronically filed using CM/ECF for the District of Massachusetts, which will provide electronic notice and an electronic link to this document to all attorneys of record.

By: /s/ Alessandra Faso
ALESSANDRA FASO
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Enforcement & Affirmative Litigation Branch

4