UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>THE COMMONWEALTH OF MASSACHUSETTS; MAURA HEALEY, Governor of Massachusetts, in her official capacity; ANDREA CAMPBELL, Attorney General of Massachusetts, in her official capacity; PHILLIP ENG, Interim Secretary of Transportation, in his official capacity; and COLLEEN OGILVIE, Registrar of Motor Vehicles, in her official capacity,<br><br>    Defendants. | CIVIL ACTION<br>NO. 1:26-CV12401 |

## ATTORNEY GENERAL OF MASSACHUSETTS' MOTION TO DISMISS THE UNITED STATES' COMPLAINT

On May 27, 2026, the United States filed a Complaint for declaratory and injunctive relief against the Commonwealth of Massachusetts; Governor Maura Healey, in her official capacity; Attorney General Andrea Joy Campbell, in her official capacity; Interim Secretary of Transportation Phillip Eng, in his official capacity; and Registrar of Motor Vehicles Colleen Ogilvie, in her official capacity. ECF No. 1. The Complaint brings two causes of action, both under the Supremacy Clause of the United States Constitution, challenging Massachusetts' Registry of Motor Vehicle ("RMV") policy governing confidential license plates—known as the Confidential Registration Program ("CRP").

On June 1, 2026, the Suffolk County Sheriff's Department hand-delivered a copy of the summons and complaint to Attorney General Campbell's Boston office (which she will accept as

service for this case); no other defendant has been served.[1]  However, the Complaint fails to set forth any factual or legal basis for including Attorney General Campbell as a defendant.  There are no allegations that Attorney General Campbell had or has any role in developing, promulgating, implementing, or enforcing the Confidential Registration Program.  Thus, as set forth in the accompanying memorandum of law, Attorney General Campbell should be dismissed from this lawsuit pursuant to Fed. R. Civ. P. 12(b)(6) because the Complaint fails to state a plausible claim against her.

Respectfully submitted,

ANDREA CAMPBELL, Attorney
General of Massachusetts, in her official capacity,

By her Attorneys,

*/s/Tasha J. Bahal*
Tasha J. Bahal, BBO #675935
   *Deputy State Solicitor*
Erin E. Fowler, BBO #707188
   *Assistant Attorney General*
Office of the Attorney General
One Ashburton Place
Boston, MA 02108-1698
Tasha.Bahal@mass.gov
Erin.E.Fowler@mass.gov
(617) 963-2066

June 29, 2026

---

[1]    Massachusetts reached out to the United States and indicated it would be amenable to waiving service for all defendants in accordance with Fed. R. Civ. P. 4(d).  The United States declined and indicated it would serve each defendant.  As of this filing, aside from the Attorney General (as described above), no other defendant has been served pursuant to Fed. R. Civ. P. 4.  If the United States serves the remaining defendants, those defendants reserve all rights to file any responsive pleading as may be appropriate.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I certify that on June 29, 2026, Defendants' counsel conferred with counsel for the plaintiffs, Alessandra Faso, and attempted in good faith to resolve or narrow the issues in dispute.

/s/ *Erin E. Fowler*
Erin E. Fowler
Assistant Attorney General

Dated: June 29, 2026

## CERTIFICATE OF SERVICE

I, Erin E. Fowler, hereby certify that this document filed on June 29, 2026, through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants:

Alessandra Faso
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Enforcement & Affirmative Litigation Branch
P.O. Box 386
Washington, D.C. 20044-0386
(202) 451-7728
alessandra.faso@usdoj.gov

/s/ *Erin E. Fowler*
Erin E. Fowler
Assistant Attorney General

3