UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE COMMONWEALTH OF MASSACHUSETTS;<br>MAURA HEALEY, Governor of<br>Massachusetts, in her official<br>Capacity; ANDREA CAMPBELL,<br>Attorney General of Massachusetts,<br>in her official capacity;<br>PHILLIP ENG, Interim Secretary of<br>Transportation, in his official<br>capacity; COLLEEN OGIL VIE,<br>Registrar of Motor Vehicles,<br>in her official capacity,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION<br>NO. 26-cv-12401 |

YOUNG, D.J.                                                    July 20, 2026

**ORDER**

The United States of America ("United States") filed suit

against the Commonwealth of Massachusetts ("Commonwealth"),

Maura Healey in her official capacity as Governor of

Massachusetts ("Healey"), Andrea Campbell in her official

capacity as Attorney General of Massachusetts ("Campbell"),

Phillip Eng, in his official capacity as the Interim Secretary

of Transportation of Massachusetts ("Eng"), and Colleen Ogil Vie

in her official capacity as the Registrar of Motor Vehicles in

[1]

Massachusetts ("Vie") on May 27, 2026.  Compl., ECF No. 1.  The dispute centers on the Defendants' alleged refusal to issue undercover vehicle registrations and plates to Customs and Border Protection and Immigration and Customs Enforcement agents in violation of the Supremacy Clause of the United States Constitution.  Compl. ¶ 2, ECF No. 13.

On June 29, 2026, Attorney General Campbell filed a Motion to Dismiss the United States' Complaint ("Mot."), ECF No. 16, accompanied by a Memorandum in Support of the Motion ("Mem."), ECF No. 17.  Attorney General Campbell argues that the Complaint lacks any "allegations that Attorney General Campbell had or has any role in developing, promulgating, implementing, or enforcing the Confidential Registration Program."  Mot. 2.  Indeed, the Complaint does not allege Attorney General Campbell to have done anything other than serve as the Attorney General.  See Comp. ¶ 9.

For substantially the reasons set forth in the Motion, and there being no opposition filed by the United States, the Motion to Dismiss, ECF No. 16, is hereby **GRANTED**.  See Local Rule 7.1 (f) ("Motions that are not set down for hearing as provided in subsection (e) will be decided on the papers submitted after an opposition to the motion has been filed, or, if no opposition is filed, after the time for filing an opposition has elapsed.").

[2]

All claims brought against Attorney General Campbell are hereby
**DISMISSED.**

**SO ORDERED.**

William G. Young
WILLIAM G. YOUNG
DISTRICT JUDGE