UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THE UNITED STATES OF AMERICA,

*Plaintiff*,

v.

THE COMMONWEALTH OF
MASSACHUSETTS; MAURA HEALEY,
Governor of Massachusetts, in her official
capacity; ANDREA CAMPBELL, Attorney
General of Massachusetts, in her official capacity;
PHILLIP ENG, Interim Secretary of
Transportation, in his official capacity; and
COLLEEN OGILVIE, Registrar of Motor
Vehicles, in her official capacity,

*Defendants*.

CIVIL ACTION
NO. 1:26-CV-12401-WGY

## DEFENDANTS' MOTION TO DISMISS THE UNITED STATES' COMPLAINT

NOW COME the Defendants, the Commonwealth of Massachusetts, Governor Healey, Interim Secretary Eng, and Registrar Oglivie, to respectfully request that this Court dismiss the United States' Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). The United States challenges a Registry of Motor Vehicles ("RMV") Policy that governs when and who can receive confidential license plates and seeks as relief an order from this Court to compel the Massachusetts RMV to issue confidential license plates to certain federal agencies. As detailed in the accompanying memorandum of law, the United States Complaint fails to satisfy Article III standing requirements. For example, the United States has not alleged any harm caused by the challenged RMV Policy governing confidential license plates. Moreover, the Complaint fails to state any claim that the Policy impermissibly discriminates against (Count I) or directly regulates

1

(Count II) the United States. Finally, the United States has failed to demonstrate that Governor Healey is a proper party, as it includes no factual or legal allegations against her.

WHEREFORE, the Defendants respectfully requests that this Court **DISMISS** the United States' Complaint with prejudice.

Respectfully submitted,

THE COMMONWEALTH OF MASSACHUSETTS; MAURA HEALEY, Governor of Massachusetts, in her official capacity; PHILLIP ENG, Interim Secretary of Transportation, in his official capacity; COLLEEN OGILVIE, Registrar of Motor Vehicles, in her official capacity,

By their Attorneys,

*/s/ Tasha J. Bahal*
Tasha J. Bahal, BBO #675935
  *Deputy State Solicitor*
Erin E. Fowler, BBO #707188
  *Assistant Attorney General*
Office of the Attorney General
One Ashburton Place
Boston, MA 02108-1698
Tasha.Bahal@mass.gov
Erin.E.Fowler@mass.gov
(617) 963-2066

July 31, 2026

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I certify that on July 27, 2026, Defendants' counsel conferred with counsel for the plaintiffs, Alessandra Faso, and attempted in good faith to resolve or narrow the issues in dispute.

/s/ *Erin E. Fowler*
Erin E. Fowler
Assistant Attorney General

Dated: July 31, 2026

## CERTIFICATE OF SERVICE

I, Erin E. Fowler, hereby certify that this document filed on July 31, 2026, through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants:

Alessandra Faso
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Enforcement & Affirmative Litigation Branch
P.O. Box 386
Washington, D.C. 20044-0386
(202) 451-7728
alessandra.faso@usdoj.gov

/s/ *Erin E. Fowler*
Erin E. Fowler
Assistant Attorney General